**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: Uber Passenger Sexual Assault Litigation | MDL Docket No. 3084 |

## UBER'S MOTION TO EXTEND THE DEADLINE TO RESPOND TO MOTION FOR TRANSFER FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

Pursuant to Rules 6.1 and 6.3 of the United States Judicial Panel on Multidistrict Litigation Rules of Procedure, Uber Technologies, Inc. and Rasier, LLC (collectively, "Uber") respectfully ask the Judicial Panel on Multidistrict Litigation to grant Uber's motion to extend its deadline to respond to Plaintiff-Movants' Motion for Transfer for Coordinated or Consolidated Pretrial Proceedings ("Transfer Motion") from August 8, 2023 to August 29, 2023.

On July 14, 2023, Plaintiff-Movants filed the Transfer Motion. (Dkt. No. 1.) On July 18, 2023, this Panel accepted the Transfer Motion and established a briefing schedule, setting Uber's deadline to respond for August 8, 2023. (Dkt. No. 3-4.) The Panel had not yet noticed the Transfer Motion for hearing.

Uber requests a 21-day extension of the briefing schedule, which would make Responses to the Transfer Motion due on or before August 29, 2023 and Reply, if any, due on or before September 5, 2023. Uber respectfully submits that this extension should have no impact on any party's or the Panel's ability to prepare for argument. The bases for the requested extension are as follows:

1.      The Transfer Motion seeks to transfer and coordinate for pretrial purposes twenty-two cases filed against Uber, as well as any subsequently filed cases involving similar facts or claims, to the Northern District of California.  (Dkt. No. 1.)  Uber has yet to be served with process in four of these cases.

2.      Uber requires additional time to assess the Transfer Motion and to formulate its response, and Uber's counsel respectfully requests extra time to accommodate already-scheduled deadlines and professional obligations in other matters during the Response briefing window.  Additionally, Uber reasonably needs time to analyze and evaluate the unserved cases and any issues they raise in connection with the Transfer Motion.

3.      This is Uber's first request for an extension of time to respond to the Transfer Motion, and this request is not being made for purposes of delay or any other improper reason.

4.      This 21-day extension of dates will not result in any prejudice to Plaintiff-Movants, or, Uber respectfully submits, unduly burden the Panel.  The Transfer Motion has not been scheduled to be heard by the Panel.  If the extension is granted, briefing on the Transfer Motion will be complete over three weeks prior to the Panel's September 28, 2023 hearing session, in the event the Panel intends to notice this matter for that hearing. The Panel often enters briefing schedules that conclude roughly three weeks before hearing. *See, e.g.*, *In re: Social Media Adolescent Addiction/Personal Injury Prod. Liab. Litig.*, MDL No. 3047, Dkt. 26 (granting motion for extension and setting response deadline for Aug. 30, 2022 and reply deadline for Sept. 6, 2022), Dkt. 9 (setting hearing for Sept. 29. 2022); *In re: Neo Wireless, LLC, Patent Litig.*, MDL No. 3034, Dkt. 27 (granting motion for extension and setting response deadline for Apr. 26, 2022 and reply

deadline for May 3, 2022), Dkt. No. 10 (setting hearing for May 26, 2022); *In re: January 2021 Short Squeeze Trading Litig.*, MDL No. 2989, Dkt. 4 (setting briefing schedule with reply due on March 5, 2021), Dkt. 9 (setting hearing for Mar. 25, 2021); *In re: Hotel Industry Sex Trafficking Litig.*, MDL No. 2928, Dkt. 6 (setting briefing schedule with reply due on Jan. 9, 2020), Dkt. 16 (setting hearing for Jan. 30, 2020); *In re: Zeroclick, LLC, ('91 & '443) Patent Litig.*, MDL No. 2927, Dkt. 4 (setting briefing schedule with reply due on Jan. 9, 2020 and hearing on Jan. 30, 2020).

| Briefing | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Response | August 8, 2023 | August 29, 2023 |
| Movant's Reply | August 15, 2023 | September 5, 2023 |
| *Hearing* | *September 28, 2023* | *September 28, 2023* |

WHEREFORE, Uber respectfully requests that the Panel grant the requested extension of time to respond to the Transfer Motion.

DATED: July 20, 2023 **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Robert Atkins*
**ROBERT ATKINS**
1285 Avenue of the Americas
New York, NY 10019
ratkins@paulweiss.com
Telephone: (212) 373-3183
Facsimile: (212) 492-0183

*Counsel for Defendant-Respondents*
UBER TECHNOLOGIES, INC.
and RASIER, LLC