# EXHIBIT A

**LIST OF CASES**

1. *Jane Doe LSA 340 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-01165-AMO
2. *Jane Doe LS 16 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03758-CRB
3. *Jane Doe LS 75 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03805-AGT
4. *Jane Doe LS 134 v. Uber Technologies, Inc., et al.,* Case No. 4:23-cv-03811-JSW
5. *Jane Doe LS 154 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03807-VC
6. *Jane Doe LS 348 v. Uber Technologies, Inc., et al.,* Case No. 4:23-cv-03816-JSW
7. *Jane Doe LS 90 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03956-AGT
8. *Jane Doe LS 13 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03966-LB
9. *Jane Doe LS 218 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03970-TSH
10. *Jane Doe LS 237 v. Uber Technologies, Inc., et al.,* Case No. 4:23-cv-03973-DMR
11. *Jane Doe LS 250 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03995-LB
12. *Jane Doe LS 149 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04008
13. *Jane Doe LS 320 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04010
14. *Jane Doe LS 260 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04011
15. *Jane Doe LS  257 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-04014
16. *Jane Doe F-1 v. Uber Technologies, Inc., et al.,* Case No. 4:23-cv-03945-DMR
17. *Jane Doe F-2 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03949
18. *Jane Doe F-3 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03951-SI