**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | | | |
|---|---|---|---|
| **CHAIR:**<br>**Karen K. Caldwell**<br>**United States District Court**<br>**Eastern District of Kentucky** | **MEMBERS:**<br>**Nathaniel M. Gorton**<br>**United States District Court**<br>**District of Massachusetts** | **Matthew F. Kennelly**<br>**United States District Court**<br>**Northern District of Illinois** | **DIRECT REPLY TO:**<br>**Tiffaney D. Pete**<br>**Clerk of the Panel**<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>  Judiciary Building |
| | **David C. Norton**<br>**United States District Court**<br>**District of South Carolina** | **Roger T. Benitez**<br>**United States District Court**<br>**Southern District of California** | Room G-255, North Lobby<br>Washington, D.C. 20544-0005 |
| | **Dale A. Kimball**<br>**United States District Court**<br>**District of Utah** | **Madeline Cox Arleo**<br>**United States District Court**<br>**District of New Jersey** | Telephone: (202) 502-2800<br>Fax: (202) 502-2888 |

ADVISORY

UNIVERSITY OF KENTUCKY, J. DAVID ROSENBERG COLLEGE OF LAW

G. CHAD PERRY III GRAND COURTROOM

Attorneys may possess electronic devices[1] in the courtroom provided the devices operate in silent mode, do not interfere with equipment used in the courtroom, and are not used to record the proceedings, courtroom, or participants. Absent leave from the Panel, electronic devices may not be used to send texts, emails, or voice communications from the courtroom during any judicial proceedings.

Members of the public, including non-attorney parties, may not possess electronic devices in the courtroom, except as permitted by the Panel.

For additional information on the procedures for courtroom entry and other courtroom protocol, please visit the Panel's Website at Panel Hearing Information, where the information will be posted in advance of the hearing.

---

[1] "Electronic device" embraces any and all equipment (regardless of how it is powered or operated) that can be used for (1) wireless communication; (2) receiving, creating, capturing, storing, retrieving, sending, or broadcasting any signals or any text, sound, or images; or (3) accessing the internet or any other network or off-site system or equipment for communication or for storing or retrieving information.