BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* | ) ) MDL Docket No. 3084 ) ) |

**SUPPLEMENTAL INFORMATION RELATED TO NOTICE OF RELATED ACTIONS AS TO WHY A CASE SHOULD NOT BE CONSOLIDATED**

Pursuant to Rule 6.3 of the Rules of Procedure of the Panel, Plaintiffs A.G., Kathrine Hylin, Taylor Gavin, Cynthia Crawford, E.R., A.M., A.H.M., H.B., C.S., Jillian Sullivan, Elunda Murphy, N.R., S.W., Aundreya Rollo, D.P., Ashley Jones, and S.D. (collectively "Movants") respectfully inform the Judicial Panel on Multidistrict Litigation ("Panel") that an action included in the Notice of Related Actions filed by Movants on August 16, 2023 (Rec. Doc. 30) erroneously included a case that is not appropriate for inclusion in this proceeding. That Notice inadvertently included a case as a potential tag-along action in this proceeding: *Wood v. Uber Technologies Inc. et al.*, 1:23-cv-11991-TLL-PTM (E.D. Mich). The *Wood* case is not appropriate for inclusion in this proceeding because the plaintiff is an Uber driver, and this proposed MDL is limited to cases filed by Uber passengers.

With apologies for the oversight, undersigned counsel respectfully requests that the Panel direct the Clerk of the JPML to remove the *Wood* case that was erroneously included in the Notice of Related Action (Rec. Doc. 30) and remove the *Wood* case from the list of Associated Cases.

Dated: August 18, 2023

Respectfully submitted,

/s/ Rachel B. Abrams
Rachel B. Abrams (Cal. Bar. No. 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415.766.3545
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com

*Counsel for Kathrine Hylin, Taylor Gavin, Cynthia Crawford, E.R., A.G., A.M., A.H.M., H.B., C.S., Jillian Sullivan, Elunda Murphy, N.R., S.W., Aundreya Rollo, D.P., Ashley Jones, S.D.*