BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation | MDL Docket No. 3084 |

**DEFENDANTS' MOTION TO CHANGE MDL
NAME TO IN RE UBER RIDESHARE LITIGATION**

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") respectfully submit this motion for miscellaneous relief pursuant to JPML Rule 6.3 to request that the Panel change the name of this multidistrict litigation ("MDL") to "In re Uber Rideshare Litigation."[1]

The actions included in this MDL generally allege that each Plaintiff was sexually assaulted by an independent driver with whom they were connected during a ride requested via the Uber App.  *See* Mem. in Supp. of Pls.' Mot. for Transfer of Actions Under 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings, ECF No. 1-1, at 2 (July 14, 2023).  Plaintiffs contend that Uber is ultimately liable for the damages Plaintiffs have purportedly suffered as a result of the alleged assaults.  *Id.*

The current name of this MDL unfairly prejudices Uber by presuming prejudgment of threshold issues on which Plaintiffs must meet their burden: proving the alleged assaults,

---

[1] This Panel has previously granted a motion seeking a change to the MDL's name even after the matter had been transferred to a district court.  In MDL No. 2818, *In Re: General Motors Air Condition Marketing and Sales Practices Litig.*, this Panel transferred the matter to the Eastern District of Michigan on February 1, 2018.  *See* Transfer Order, MDL No. 2818, ECF No. 33 (J.P.M.L. Feb. 1, 2018).  Then, on August 16, 2018, defendants in that case filed a Motion to "modify the name of this multidistrict litigation."  *See* GM's Motion For Miscellaneous Relief, MDL No. 2818, ECF No. 57, at 1 (J.P.M.L. Aug. 16, 2018).  That same day, the Panel granted the motion.  *See* Minute Order, MDL No. 2818, ECF No. 58 (J.P.M.L. Aug. 16, 2018).

and proving that Uber is liable for harm caused by the intervening alleged criminal misconduct of independent drivers using the Uber App. The name of this MDL, which was unilaterally selected by Plaintiffs, incorrectly suggests that a predicate condition for Uber's alleged liability has already been resolved in Plaintiffs' favor. Changing the name of this MDL to "In re Uber Rideshare Litigation" would omit reference to this contested legal issue and more appropriately and accurately describe this litigation.

A nearly identical name change was granted last year in the California Judicial Council Coordination Proceeding (JCCP) involving Uber (and many of the same Plaintiffs' counsel), in which the Plaintiffs similarly allege that Uber is culpable for the alleged assaults of independent drivers. *See generally In re: Uber Rideshare Cases*, No. CJC-21-005188 (S.F. Super. Ct.) ("Uber JCCP"). There, the proceeding was initially named "*Uber Sexual Assault Cases*." *See* Order Granting Pet. for Coordination and Req. for a Stay, *Uber JCCP* (Dec. 9, 2021) (captioned with the original JCCP name). But following a joint stipulation from the parties, the JCCP was renamed to "*In re: Uber Rideshare Cases*." Order re: Coordination to JCCP Proceeding Case No. 5188, *Uber JCCP* (Apr. 12, 2022).

A similar name change was also given effect in the state court proceedings in *In re: Lyft Rideshare Cases*, another case, like this one, in which the plaintiffs allege that another rideshare company, Lyft, is liable for alleged assaults perpetrated by independent drivers. There, the court granted the defendants' motion to amend the proceeding's name from "*In re: Lyft Assault Cases*" to "*In re Lyft Rideshare Cases*" because "it is undisputed that the present caption unfairly prejudices Lyft." *See* Order After Feb. 18, 2021 Case Mgmt. Conf. and Informal Disc. Conf. and Order Granting Defs.' Mot. to Amend Name of Proceeding, No. CJC-20-005061, at 2 (Feb. 18, 2021).

Given the similarities between those cases and this MDL, a comparable name change is warranted in this MDL for precisely the same reason: to avoid prejudice to Uber.

For the foregoing reasons, Uber respectfully requests that the panel change the name of this MDL to "In re Uber Rideshare Litigation."

DATED: December 7, 2023

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:   */s/ Robert Atkins*
**ROBERT ATKINS**
1285 Avenue of the Americas
New York, NY 10019
ratkins@paulweiss.com
Telephone: (212) 373-3183
Facsimile: (212) 492-0183

*Counsel for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC