**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: UBER TECHNOLOGIES, INC., Passenger Sexual Assault Litigation | MDL Docket No. 3084 |

## SCHEDULE OF ACTIONS

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1. | **Plaintiff(s):** V.R., an individual **Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division *(Transferred from U.S. District Court, Ohio Southern District, Dayton Division)* | 3:23-cv-00198-WHR-PBS (N.D. Cal. No. 3:23-cv-05264) | Honorable Judge Charles R. Breyer |
| 2. | **Plaintiff(s):** Katherine Hylin, an individual **Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-01630-CRB | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|-----|--------------|-------|------------------|-------|
| 3. | **Plaintiff(s):** Taylor Gavin, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-02111-CRB | Honorable Judge Charles R. Breyer |
| 4. | **Plaintiff(s):** Cynthia Crawford, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-02290-CRB | Honorable Judge Charles R. Breyer |
| 5. | **Plaintiff(s):** E.R., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-02051-CRB | Honorable Judge Charles R. Breyer |
| 6. | **Plaintiff(s):** A.G., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-02071-CRB | Honorable Judge Charles Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 7. | **Plaintiff(s):** A.M., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03406-CRB | Honorable Judge Charles R. Breyer |
| 8. | **Plaintiff(s):** A.H.M., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03482-CRB | Honorable Judge Charles R. Breyer |
| 9. | **Plaintiff(s):** H.B., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03488-CRB | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 10. | **Plaintiff(s):** C.S., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division<br><br>*(Transferred from U.S. District Court, Illinois Northern District, Eastern Division)* | 1:23-cv-02766<br><br>(N.D. Cal No. 3:23-cv-05115) | Honorable Judge Charles R. Breyer |
| 11. | **Plaintiff(s):** Jillian Sullivan, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division<br><br>*(Transferred from U.S. District Court, Illinois Northern District, Eastern Division)* | 1:23-cv-02767<br><br>(N.D. Cal No. 3:23-cv-05418) | Honorable Judge Charles R. Breyer |
| 12. | **Plaintiff(s):** Elunda Murphy, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division<br><br>*(Transferred from U.S. District Court, Illinois Northern District, Eastern Division)* | 1:23-cv-03425<br><br>(N.D. Cal No. 3:23-cv-05224) | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 13. | **Plaintiff(s):** N.R., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division<br><br>*(Transferred from U.S. District Court, Georgia Northern District, Atlanta Division)* | 1:23-cv-02603-VMC<br><br>(N.D. Cal No. 3:23-cv-05104) | Honorable Judge Charles R. Breyer |
| 14. | **Plaintiff(s):** S.W., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division<br><br>*(Transferred from U.S. District Court, North Carolina Eastern District, Western Division)* | 5:23-cv-00317-D-BM<br><br>(N.D. Cal No. 3:23-cv-05111) | Honorable Judge Charles R. Breyer |
| 15. | **Plaintiff(s):** Aundreya Rollo, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division<br><br>*(Transferred from U.S. District Court, Texas Southern District, Galveston Division)* | 3:23-cv-00216<br><br>(N.D. Cal. No. 3:23-cv-05105) | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|-----|--------------|-------|------------------|-------|
| 16. | **Plaintiff(s):** William Adorno, an individual, on behalf of his minor child, I.O. <br><br> **Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware limited liability company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division <br><br> *(Transferred from U.S. District Court, District of Arizona, Phoenix Division)* | 2:23-cv-00875-DWL <br><br> (N.D. Cal. No. 3:23-cv-05101) | Honorable Judge Charles R. Breyer |
| 17. | **Plaintiff(s):** Katie Espinosa, an individual <br><br> **Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division <br><br> *(Transferred from U.S. District Court, Texas Northern District, Dallas Division)* | 3:23-cv-01519-N <br><br> (N.D. Cal. No. 3:23-cv-05417) | Honorable Judge Charles R. Breyer |
| 18. | **Plaintiff(s):** M.H., an individual <br><br> **Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division <br><br> *(Transferred from U.S. District Court, District of Colorado, Denver Division)* | 1:23-cv-01735-GPG-KAS <br><br> (N.D. Cal. No. 3:23-cv-05265) | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 19. | **Plaintiff(s):** Beck Glaser, an individual **Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division *(Transferred from U.S. District Court, District of Colorado, Denver Division)* | 1:23-cv-01734-NYW-KAS (N.D. Cal No. 3:23-cv-05226) | Honorable Judge Charles R. Breyer |
| 20. | **Plaintiff(s):** Kelly Cowsert, an individual **Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division *(Transferred from U.S. District Court, Missouri Western District, Central Division)* | 2:23-cv-04133-BP (N.D. Cal No. 3:23-cv-05110) | Honorable Judge Charles R. Breyer |
| 21. | **Plaintiff(s):** Jane Doe, an individual **Defendant(s):** UBER TECHNOLOGIES, INC. and EDWARD ROE | U.S. District Court, California Northern District, San Francisco Division *(Transferred from U.S. District Court, District of Massachusetts, Boston Division)* | 1:23-cv-10745-LTS (N.D. Cal No. 3:23-cv-05227) | Honorable Judge Charles R. Breyer |
| 22. | **Plaintiff(s):** Jane Doe LSA 340, an individual **Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-01165-CRB | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 23. | **Plaintiff(s):** Jessica Freshwater, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company | U.S. District Court, California Northern District, San Francisco Division<br><br>*(Transferred from U.S. District Court, Georgia Middle District, Macon Division)* | 5:23-cv-00246-MTT<br><br>(N.D. Cal No. 3:23-cv-05103) | Honorable Judge Charles R. Breyer |
| 24. | **Plaintiff(s):** Ariane Cunningham, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company, DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division<br><br>*(Transferred from U.S. District Court, District of Columbia)* | 1:23-cv-02347-ACR<br><br>(N.D. Cal No. 3:23-cv-05376) | Honorable Judge Charles R. Breyer |
| 25. | **Plaintiff(s):** E.D., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company, DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division<br><br>*(Transferred from U.S. District Court, District of Massachusetts)* | 1:23-cv-11896-WGY<br><br>(N.D. Cal No. 3:23-cv-05307) | Honorable Judge Charles R. Breyer |
| 26. | **Plaintiff(s):** D.P., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03846-CRB | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 27. | **Plaintiff(s):** Ashley Jones, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03851-CRB | Honorable Judge Charles R. Breyer |
| 28. | **Plaintiff(s):** S.D., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03852-CRB | Honorable Judge Charles R. Breyer |
| 29. | **Plaintiff(s):** N.F., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division<br><br>*(Transferred from U.S. District Court, District of Massachusetts)* | 1:23-cv-11859-DJC<br><br>(N.D. Cal No. 3:23-cv-05306-) | Honorable Judge Charles R. Breyer |
| 30. | **Plaintiff(s):** Jane Doe LS 16, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03758-CRB | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|-----|--------------|-------|------------------|-------|
| 31. | **Plaintiff(s):** Jane Doe LS 75, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03805-CRB | Honorable Judge Charles R. Breyer |
| 32. | **Plaintiff(s):** Jane Doe LS 154, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03807-CRB | Honorable Judge Charles R. Breyer |
| 33. | **Plaintiff(s):** Jane Doe F-2, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03949-CRB | Honorable Judge Charles R. Breyer |
| 34. | **Plaintiff(s):** Jane Doe F-3, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03951-CRB | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|-----|--------------|-------|------------------|-------|
| 35. | **Plaintiff(s):** Jane Doe LS 90, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03956-CRB | Honorable Judge Charles R. Breyer |
| 36. | **Plaintiff(s):** Jane Doe LS 13, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03966-CRB | Honorable Judge Charles R. Breyer |
| 37. | **Plaintiff(s):** Jane Doe LS 218, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03970-CRB | Honorable Judge Charles R. Breyer |
| 38. | **Plaintiff(s):** Jane Doe LS 250, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03995-CRB | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|-----|-------------|-------|------------------|-------|
| 39. | **Plaintiff(s):** Jane Doe LS 320, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04010-CRB | Honorable Judge Charles R. Breyer |
| 40. | **Plaintiff(s):** Jane Doe LS 260, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04011-CRB | Honorable Judge Charles R. Breyer |
| 41. | **Plaintiff(s):** Jane Doe LS 257, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04014-CRB | Honorable Judge Charles R. Breyer |
| 42. | **Plaintiff(s):** Jane Doe LS 134, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03811-CRB | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 43. | **Plaintiff(s):** Jane Doe LS 348, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03816-CRB | Honorable Judge Charles R. Breyer |
| 44. | **Plaintiff(s):** Jane Doe F-1, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03945-CRB | Honorable Judge Charles R. Breyer |
| 45. | **Plaintiff(s):** Jane Doe LS 237, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-03973-CRB | Honorable Judge Charles R. Breyer |
| 46. | **Plaintiff(s):** Jane Doe LS 149, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04008-CRB | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|-----|-------------|-------|-----------------|-------|
| 47. | **Plaintiff(s):** Travon Brown, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04175-CRB | Honorable Judge Charles R. Breyer |
| 48. | **Plaintiff(s):** E.M., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04313-CRB | Honorable Judge Charles R. Breyer |
| 49. | **Plaintiff(s):** A.P., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04308-CRB | Honorable Judge Charles R. Breyer |
| 50. | **Plaintiff(s):** C.T., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04310-CRB | Honorable Judge Charles R. Breyer |
| 51. | **Plaintiff(s):** E.C., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04299-CRB | Honorable Judge Charles R. Breyer |
| 52. | **Plaintiff(s):** J.B., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04306-CRB | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 53. | **Plaintiff(s):** M.R., an individual **Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04316-CRB | Honorable Judge Charles R. Breyer |
| 54. | **Plaintiff(s):** R.M., an individual **Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04302-CRB | Honorable Judge Charles R. Breyer |
| 55. | **Plaintiff(s):** R.T., an individual **Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04301-CRB | Honorable Judge Charles R. Breyer |
| 56. | **Plaintiff(s):** H.D., an individual **Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04617-CRB | Honorable Judge Charles R. Breyer |
| 57. | **Plaintiff(s):** K.O., an individual **Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04643-CRB | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 58. | **Plaintiff(s):** Melanie Halstenberg, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04705-CRB | Honorable Judge Charles R. Breyer |
| 59. | **Plaintiff(s):** B.R., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04706-CRB | Honorable Judge Charles R. Breyer |
| 60. | **Plaintiff(s):** J.C., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04723-CRB | Honorable Judge Charles R. Breyer |
| 61. | **Plaintiff(s):** Heather Worzalla, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04731-CRB | Honorable Judge Charles R. Breyer |
| 62. | **Plaintiff(s):** E.E., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04744-CRB | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 63. | **Plaintiff(s):** Joshua Cormier, an individual <br> **Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04745-CRB | Honorable Judge Charles R. Breyer |
| 64. | **Plaintiff(s):** Jane Doe LS 63, an individual <br> **Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04012-CRB | Honorable Judge Charles R. Breyer |
| 65. | **Plaintiff(s):** Jane Doe LS 159, an individual <br> **Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04365-CRB | Honorable Judge Charles R. Breyer |
| 66. | **Plaintiff(s):** Jane Doe LS 293, an individual <br> **Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04364-CRB | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|-----|-------------|-------|------------------|-------|
| 67. | **Plaintiff(s):** Jane Doe LS 67, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04366-CRB | Honorable Judge Charles R. Breyer |
| 68. | **Plaintiff(s):** Jane Doe LS 231, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04367-CRB | Honorable Judge Charles R. Breyer |
| 69. | **Plaintiff(s):** Jane Doe LS 91, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04368-CRB | Honorable Judge Charles R. Breyer |
| 70. | **Plaintiff(s):** Jane Doe LS 249, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04369-CRB | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|-----|--------------|-------|------------------|-------|
| 71. | **Plaintiff(s):** Jane Doe LS 259, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04370-CRB | Honorable Judge Charles R. Breyer |
| 72. | **Plaintiff(s):** Jane Doe LS 203, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04371-CRB | Honorable Judge Charles R. Breyer |
| 73. | **Plaintiff(s):** Jane Doe LS 238, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04372-CRB | Honorable Judge Charles R. Breyer |
| 74. | **Plaintiff(s):** Jane Doe LS 164, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04373-CRB | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 75. | **Plaintiff(s):** Jane Doe LS 155, an individual<br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04374-CRB | Honorable Judge Charles R. Breyer |
| 76. | **Plaintiff(s):** Jane Doe LS 158, an individual<br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04385-CRB | Honorable Judge Charles R. Breyer |
| 77. | **Plaintiff(s):** Jane Doe LS 354, an individual<br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04387-CRB | Honorable Judge Charles R. Breyer |
| 78. | **Plaintiff(s):** Jane Doe LS 144, an individual<br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04388-CRB | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 79. | **Plaintiff(s):** Jane Doe LS 37, an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04393-CRB | Honorable Judge Charles R. Breyer |
| 80. | **Plaintiff(s):** Jane Doe K.P., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, District of Maryland | 1:23-cv-02580-GLR | Honorable Judge George L. Russell, III |
| 81. | **Plaintiff(s):** Jane Doe M.F.A., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division<br><br>*(Transferred from U.S. District Court, California Central District, Western Division)* | 2:23-cv-08115-AB-AS<br><br>(N.D. Cal No. 3:23-cv-05560) | Honorable Judge Charles R. Breyer |
| 82. | **Plaintiff(s):** Jane Doe L.M., an individual<br><br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division<br><br>*(Transferred from U.S. District Court, Northern District of Illinois)* | 1:23-cv-14205<br><br>(N.D. Cal No. 3:23-cv-05928) | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|-----|--------------|-------|------------------|-------|
| 83. | **Plaintiff(s):** Jane Doe Kayanna Ayles, an individual<br>**Defendant(s):** UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division<br>*(Transferred from U.S. District Court, Ohio Southern District)* | 3:23-cv-00327<br>(N.D. Cal No. 3:23-cv-05928) | Honorable Judge Charles R. Breyer |
| 84. | **Plaintiff(s)**: A.K.<br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05528 | Honorable Judge Charles R. Breyer |
| 85. | **Plaintiff(s)**: A.M. (2)<br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04939 | Honorable Judge Charles R. Breyer |
| 86. | **Plaintiff(s)**: A.M. (3)<br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05807 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|-----|-------------|-------|------------------|-------|
| 87. | **Plaintiff(s)**: Audriauna Fittro<br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05421 | Honorable Judge Charles R. Breyer |
| 88. | **Plaintiff(s)**: Brianna Craig<br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05932 | Honorable Judge Charles R. Breyer |
| 89. | **Plaintiff(s)**: C.L.<br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04972 | Honorable Judge Charles R. Breyer |
| 90. | **Plaintiff(s)**: C.W.<br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05795 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|-----|-------------|-------|-----------------|-------|
| 91. | **Plaintiff(s)**: Cecilia Cazares<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-06190 | Honorable Judge Charles R. Breyer |
| 92. | **Plaintiff(s)**: F.W.<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05898 | Honorable Judge Charles R. Breyer |
| 93. | **Plaintiff(s)**: H.B. (2)<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05949 | Honorable Judge Charles R. Breyer |
| 94. | **Plaintiff(s)**: H.K.<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05812 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 95. | **Plaintiff(s)**: H.K. (2) <br><br> **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05931 | Honorable Judge Charles R. Breyer |
| 96. | **Plaintiff(s)**: J.B. (2) <br><br> **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05876 | Honorable Judge Charles R. Breyer |
| 97. | **Plaintiff(s)**: J.R.M. <br><br> **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05840 | Honorable Judge Charles R. Breyer |
| 98. | **Plaintiff(s)**: J.S. <br><br> **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05871 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 99. | **Plaintiff(s)**: Jane Doe EB 1 and Jane Doe EB 2 <br> **Defendant(s)**: UBER TECHNOLOGIES, INC., and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05870 | Honorable Judge Charles R. Breyer |
| 100. | **Plaintiff(s)**: Jane Doe LS 103 <br> **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05442 | Honorable Judge Charles R. Breyer |
| 101. | **Plaintiff(s)**: Jane Doe LS 107 <br> **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05232 | Honorable Judge Charles R. Breyer |
| 102. | **Plaintiff(s)**: Jane Doe LS 112 <br> **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05286 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 103. | **Plaintiff(s):** Jane Doe LS 117 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05196 | Honorable Judge Charles R. Breyer |
| 104. | **Plaintiff(s):** Jane Doe LS 126 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05370 | Honorable Judge Charles R. Breyer |
| 105. | **Plaintiff(s):** Jane Doe LS 163 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05282 | Honorable Judge Charles R. Breyer |
| 106. | **Plaintiff(s):** Jane Doe LS 168 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05371 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|-----|-------------|-------|------------------|-------|
| 107. | **Plaintiff(s):** Jane Doe LS 174 <br><br> **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05359 | Honorable Judge Charles R. Breyer |
| 108. | **Plaintiff(s):** Jane Doe LS 177 <br><br> **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05219 | Honorable Judge Charles R. Breyer |
| 109. | **Plaintiff(s):** Jane Doe LS 185 <br><br> **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05922 | Honorable Judge Charles R. Breyer |
| 110. | **Plaintiff(s):** Jane Doe LS 191 <br><br> **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05573 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|-----|--------------|-------|------------------|-------|
| 111. | **Plaintiff(s):** Jane Doe LS 200 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05387 | Honorable Judge Charles R. Breyer |
| 112. | **Plaintiff(s):** Jane Doe LS 234 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05433 | Honorable Judge Charles R. Breyer |
| 113. | **Plaintiff(s):** Jane Doe LS 241 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05413 | Honorable Judge Charles R. Breyer |
| 114. | **Plaintiff(s):** Jane Doe LS 244 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05372 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 115. | **Plaintiff(s):** Jane Doe LS 245 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05944 | Honorable Judge Charles R. Breyer |
| 116. | **Plaintiff(s):** Jane Doe LS 25 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05445 | Honorable Judge Charles R. Breyer |
| 117. | **Plaintiff(s):** Jane Doe LS 251 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05187 | Honorable Judge Charles R. Breyer |
| 118. | **Plaintiff(s):** Jane Doe LS 253 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05236 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 119. | **Plaintiff(s):** Jane Doe LS 256<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05410 | Honorable Judge Charles R. Breyer |
| 120. | **Plaintiff(s):** Jane Doe LS 264<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05322 | Honorable Judge Charles R. Breyer |
| 121. | **Plaintiff(s):** Jane Doe LS 265<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05377 | Honorable Judge Charles R. Breyer |
| 122. | **Plaintiff(s):** Jane Doe LS 266<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05416 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|-----|--------------|-------|------------------|-------|
| 123. | **Plaintiff(s):** Jane Doe LS 273<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05946 | Honorable Judge Charles R. Breyer |
| 124. | **Plaintiff(s):** Jane Doe LS 284<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05363 | Honorable Judge Charles R. Breyer |
| 125. | **Plaintiff(s):** Jane Doe LS 285<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05919 | Honorable Judge Charles R. Breyer |
| 126. | **Plaintiff(s):** Jane Doe LS 302<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05577 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 127. | **Plaintiff(s):** Jane Doe LS 308 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05945 | Honorable Judge Charles R. Breyer |
| 128. | **Plaintiff(s):** Jane Doe LS 311 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05406 | Honorable Judge Charles R. Breyer |
| 129. | **Plaintiff(s):** Jane Doe LS 317 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05424 | Honorable Judge Charles R. Breyer |
| 130. | **Plaintiff(s):** Jane Doe LS 322 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05572 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 131. | **Plaintiff(s):** Jane Doe LS 326 <br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05415 | Honorable Judge Charles R. Breyer |
| 132. | **Plaintiff(s):** Jane Doe LS 33 <br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05427 | Honorable Judge Charles R. Breyer |
| 133. | **Plaintiff(s):** Jane Doe LS 333 <br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05930 | Honorable Judge Charles R. Breyer |
| 134. | **Plaintiff(s):** Jane Doe LS 336 <br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05293 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|-----|--------------|-------|------------------|-------|
| 135. | **Plaintiff(s):** Jane Doe LS 346 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05193 | Honorable Judge Charles R. Breyer |
| 136. | **Plaintiff(s):** Jane Doe LS 349 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05303 | Honorable Judge Charles R. Breyer |
| 137. | **Plaintiff(s):** Jane Doe LS 353 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05401 | Honorable Judge Charles R. Breyer |
| 138. | **Plaintiff(s):** Jane Doe LS 364 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05237 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|-----|--------------|-------|------------------|-------|
| 139. | **Plaintiff(s):** Jane Doe LS 365 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05328 | Honorable Judge Charles R. Breyer |
| 140. | **Plaintiff(s):** Jane Doe LS 375 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05230 | Honorable Judge Charles R. Breyer |
| 141. | **Plaintiff(s):** Jane Doe LS 376 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05183 | Honorable Judge Charles R. Breyer |
| 142. | **Plaintiff(s):** Jane Doe LS 377 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05576 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 143. | **Plaintiff(s):** Jane Doe LS 381 <br><br> **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05942 | Honorable Judge Charles R. Breyer |
| 144. | **Plaintiff(s):** Jane Doe LS 383 <br><br> **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05197 | Honorable Judge Charles R. Breyer |
| 145. | **Plaintiff(s):** Jane Doe LS 384 <br><br> **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05292 | Honorable Judge Charles R. Breyer |
| 146. | **Plaintiff(s):** Jane Doe LS 387 <br><br> **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05934 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|-----|--------------|-------|------------------|-------|
| 147. | **Plaintiff(s):** Jane Doe LS 388 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05346 | Honorable Judge Charles R. Breyer |
| 148. | **Plaintiff(s):** Jane Doe LS 390 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05409 | Honorable Judge Charles R. Breyer |
| 149. | **Plaintiff(s):** Jane Doe LS 396 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05939 | Honorable Judge Charles R. Breyer |
| 150. | **Plaintiff(s):** Jane Doe LS 56 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05943 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 151. | **Plaintiff(s):** Jane Doe LS 57 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05324 | Honorable Judge Charles R. Breyer |
| 152. | **Plaintiff(s):** Jane Doe LS 59 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05575 | Honorable Judge Charles R. Breyer |
| 153. | **Plaintiff(s):** Jane Doe LS 66 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05414 | Honorable Judge Charles R. Breyer |
| 154. | **Plaintiff(s):** Jane Doe LS 76 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05319 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 155. | **Plaintiff(s):** Jane Doe LS 97<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05368 | Honorable Judge Charles R. Breyer |
| 156. | **Plaintiff(s):** Jane Does LS 35<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05233 | Honorable Judge Charles R. Breyer |
| 157. | **Plaintiff(s):** Jane Does LS 74<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05362 | Honorable Judge Charles R. Breyer |
| 158. | **Plaintiff(s):** Jane Roe CL 1, Jane Roe CL 2, Jane Roe CL 3, and John Roe CL 1<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04772 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 159. | **Plaintiff(s):** Jane Roe CL 4, Jane Roe CL 5, and Jane Roe CL 6 **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05647 | Honorable Judge Charles R. Breyer |
| 160. | **Plaintiff(s):** K.F. **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05867 | Honorable Judge Charles R. Breyer |
| 161. | **Plaintiff(s):** Keisha Grier **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05960 | Honorable Judge Charles R. Breyer |
| 162. | **Plaintiff(s):** L.W. **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05649 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|-----|--------------|-------|------------------|-------|
| 163. | **Plaintiff(s):** M.C.H. <br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05547 | Honorable Judge Charles R. Breyer |
| 164. | **Plaintiff(s):** M.H. (2) <br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05569 | Honorable Judge Charles R. Breyer |
| 165. | **Plaintiff(s):** M.H. (3) <br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-06200 | Honorable Judge Charles R. Breyer |
| 166. | **Plaintiff(s):** M.P. <br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05611 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 167. | **Plaintiff(s)**: M.S. **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05874 | Honorable Judge Charles R. Breyer |
| 168. | **Plaintiff(s)**: M.S. (2) **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05915 | Honorable Judge Charles R. Breyer |
| 169. | **Plaintiff(s)**: Marcy Geraghty **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05685 | Honorable Judge Charles R. Breyer |
| 170. | **Plaintiff(s)**: Marktez Govan **Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05449 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 171. | **Plaintiff(s):** Marquita Harris<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05526 | Honorable Judge Charles R. Breyer |
| 172. | **Plaintiff(s):** Mildred Hunter<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05622 | Honorable Judge Charles R. Breyer |
| 173. | **Plaintiff(s)**: N.M.<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-04940 | Honorable Judge Charles R. Breyer |
| 174. | **Plaintiff(s)**: N.W.<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05864 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 175. | **Plaintiff(s)**: O.W.<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05936 | Honorable Judge Charles R. Breyer |
| 176. | **Plaintiff(s)**: P.S.<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05551 | Honorable Judge Charles R. Breyer |
| 177. | **Plaintiff(s)**: R.H.<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05503 | Honorable Judge Charles R. Breyer |
| 178. | **Plaintiff(s)**: S.A.<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05524 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 179. | **Plaintiff(s)**: S.E.<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05869 | Honorable Judge Charles R. Breyer |
| 180. | **Plaintiff(s)**: Steven Webb<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-06191 | Honorable Judge Charles R. Breyer |
| 181. | **Plaintiff(s)**: T.H.<br><br>**Defendant(s)**: UBER TECHNOLOGIES INC., RAISER, LLC, UBER HEALTH, LLC, and MODIVCARE INC. | U.S. District Court, Northern District of Illinois | 1:23-cv-16502 | |
| 182. | **Plaintiff(s)**: T.R.<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, Northern District, San Francisco Division | 3:23-cv-05625 | Honorable Judge Charles R. Breyer |

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 183. | **Plaintiff(s)**: T.V.<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05609 | Honorable Judge Charles R. Breyer |
| 184. | **Plaintiff(s)**: X.Y.<br><br>**Defendant(s)**: UBER TECHNOLOGIES, INC., RASIER, LLC, and DOES 1-50, Inclusive | U.S. District Court, California Northern District, San Francisco Division | 3:23-cv-05679 | Honorable Judge Charles R. Breyer |

DATED:  December 7, 2023

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:      /s/ Robert Atkins
**ROBERT ATKINS**
1285 Avenue of the Americas
New York, NY 10019
ratkins@paulweiss.com
Telephone: (212) 373-3183
Facsimile: (212) 492-0183

*Counsel for Defendant-Respondents*
UBER TECHNOLOGIES, INC.,
RASIER, LLC and RASIER-CA, LLC