BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | : : : : | MDL DOCKET NO. 3084 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (hereinafter "Defendants") in the below-referenced action, hereby notify the Clerk of the Panel of the potential tag-along action listed on the attached Schedule of Actions[1] and states as follows:

1. On December 19, 2025, a potential tag-along action, captioned *Maria Jose Boada Canales v. Michael A. Asiedu, et al.,* United States District Court, District of New Jersey, Civil Action No. 3:25-cv-18826-RK-JBD, was removed to federal court. A true and correct copy of the docket report, Notice of Removal and Complaint are attached hereto as **Exhibit A**.

Date: December 23, 2025

Respectfully submitted,

/s/ *Michael B. Shortnacy*
Michael B. Shortnacy
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (424) 285-8330

---

[1] In identifying this potential tag-along action, Defendants do not waive, and expressly preserve, any right, defense, affirmative defense, or objection in these actions or any other actions centralized in MDL No. 3084, including any challenges regarding subject matter, venue, forum, personal jurisdiction, service of process, and/or disqualification of Plaintiff's counsel. This notice serves only the limited purpose expressly set forth herein and shall not be asserted, or relied upon in any manner, by Plaintiff to oppose any challenge by Defendants to subject matter, venue, forum, personal jurisdiction, service of process, and/or Plaintiff's counsel in this action or any other actions centralized in MDL No. 3084.

mshortnacy@shb.com

*Attorney for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC*

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | : MDL DOCKET NO. 3084 : : : |

## SCHEDULE OF ACTIONS

| **Plaintiff** | **Defendants** | **District Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| Maria Jose Boada Canales | Michael A. Asiedu, Uber Technologies, Inc., Rasier LLC, A.B.C. Companies (1-100) (fictitious entities), and John Doe (1-100) (fictitious names) | District of New Jersey | 3:25-cv-18826-RK-JBD | Judge Robert Kirsch (Referred to Magistrate Judge J. Brendan Day) |

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2025, a true and correct copy of the Notice of Potential Tag-Along Action and all attachments thereto was served upon the following via CM/ECF:

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C., 20002-8041

Clerk of the Court
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State St.
Trenton, NJ 08608

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489

GARCES & GRABLER
415 Watchung Avenue
Plainfield, NJ 07060
908-368-8004
Email: jdelgado@garcesgrabler.com

*Counsel for Plaintiff Maria Jose Boada Canales*

Sarah Robin London
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
415-981-4800
Email: slondon@girardsharp.com

*Plaintiffs' Liaison Counsel in MDL 3084*

4

John William Meyer
BOWMAN AND BROOKE, LLP
317 George St., Suite 320
New Brunswick, NJ 08901
Tel: 201-669-2871
Email: john.meyer@bowmanandbrooke.com

*Co-Counsel for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC*

/s/ *Michael S. Shortnacy*
Michael S. Shortnacy