BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | : : : : | MDL DOCKET NO. 3084 |

## ERRATA

Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC and Rasier-PA, LLC file this Errata to correct their Notice of Potential Tag-Along Action, Schedule of Actions, and Certificate of Service, filed December 23, 2025, Docket No. 167.  Specifically, the Errata:

- Correctly states that the Notice is filed on behalf of Rasier-PA, LLC, as well as Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC;

- Includes Defendants Rasier-CA, LLC and Rasier-PA, LLC in the Schedule of Actions; and

- Includes Defendant Michael A. Asiedu on the Certificate of Service.

Date: January 5, 2026

Respectfully submitted,

/s/ *Michael B. Shortnacy*
Michael B. Shortnacy
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (424) 285-8330
mshortnacy@shb.com

*Attorney for Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC and Rasier-PA, LLC*