BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL DOCKET NO. 3084 <br> 23-MD-3084 |

### DECLARATION OF DANIEL CUMMINGS IN SUPPORT OF PETITIONERS' MOTION TO RECONSIDER OR FOR EXPEDITED BRIEFING AND CONSIDERATION

1. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Petitioners" or "Uber") in MDL No. 3084. I am a member in good standing of the Bars of the States of Missouri, Kansas, and Nebraska. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so. I offer this Declaration in the above-captioned matter in support of Uber's Motion to Reconsider Order Reinstating Conditional Transfer Order 12 [ECF No. 175] or, in the Alternative, for Expedited Briefing and Consideration of Respondents' Motion to Vacate CTO-12 ("Motion to Reconsider or Expedite").

2. Attached as **Exhibit A** is a true and correct copy of Docket no. 1 in the action *Uber Technologies, Inc. et al. v. Express Digital Services, LLC et al.* Case No. 1:25-mc-00121-NYW, pending in the U.S. District Court for the District of Colorado before U.S. District Judge Nina Y. Wang ("Subpoena Action"), titled Petitioners' Motion to Transfer Proceeding to Enforce Subpoenas Duces Tecum Issued by the U.S. District Court for the Northern District of California to the Issuing Court or to Compel Compliance with Subpoenas ("Motion to Transfer or Compel").

3. Attached as **Exhibit B** is a true and correct copy of Docket nos. 1-1 and 1-8 in the Subpoena Action, titled Declaration of Michael B Shortnacy in Support of Uber's Motion to

Transfer or Compel ("Shortnacy Declaration") and Exhibit G to the Shortnacy Declaration in support of Uber's Motion to Transfer or Compel. The latter portion of **Exhibit B** consists of emails between Michael Shortnacy, Adam Shoshtari, and Jay Haider, counsel for Uber, and Kelly Twigger, counsel for Respondents Express Digital Services, LLC and Shawn Graft d/b/a Express Digital Services, LLC, dated October 15 through December 8, 2025, related to Respondents' compliance with the subpoenas issued by the U.S. District Court for the Northern District of California in MDL No. 3084.

4. Attached as **Exhibit C** is a true and correct copy of an email chain with emails between Jay Haider, counsel for Uber, and Kelly Twigger, counsel for Respondents, dated December 22 and 23, 2025. **Exhibit C** relates to the service of Uber's Motion to Transfer or Compel.

5. Attached as **Exhibit D** is a true and correct copy of an email from Kelly Twigger, counsel for Respondents, to Jay Haider, counsel for Uber, dated December 22, 2025. **Exhibit D** relates to the service of Uber's Motion to Transfer or Compel.

6. Attached as **Exhibit E** is a true and correct copy of an affidavit of service for the service of summons in the Subpoena Action to Express Digital Services, LLC.

7. Counsel for Uber served Express Digital Services, LLC with summons in the Subpoena Action by U.S. Postal Service (USPS) certified mail, return receipt requested on January 6, 2026. As of the date of this Declaration, Respondents have not signed and returned the return receipt to the U.S. Postal Service, but the USPS tracking service shows it was delivered on January 12, 2026. A true and correct copy of the USPS tracking delivery notification is attached as **Exhibit F.**

8. Attached as **Exhibit G** is a true and correct copy of the 2025 Periodic Report for Express Digital Services, LLC, filed with the Colorado Secretary of State, dated January 23, 2025. **Exhibit G** shows that Express Digital Services' "principal office street address" and "principal office mailing address" are listed as 9878 W Belleview Ave PMB 3038 Littleton CO 80123," and that the "name of the registered agent" for Express Digital Services is "Express Digital Services LLC" with the same listed street address and mailing address.

9. Attached as **Exhibit H** is a true and correct copy of an email from Kelly Twigger, counsel for Respondents, to Dan Rohner, counsel for Uber, dated January 9, 2026. **Exhibit H** related to Respondents' counsel, Ms. Twigger, accepting service for the Subpoena Action on behalf of Respondents.

10. Attached as **Exhibit I** are true and correct copies of emails dated December 24, 2025 from United Parcel Service of America, Inc. (UPS) to Daniel Cummings, counsel for Uber, confirming delivery of Uber's mail service of its Notice of Potential Tag-Along Action to Respondents at 9878 W. Belleview Ave, PMB 3038, Littleton, CO 801232101 on December 24, 2025 at 10:45 a.m.

11. Attached as **Exhibit J** is a true and correct copy from Daniel Cummings, counsel for Uber, to Kelly Twigger, counsel for Respondents, dated December 23, 2025. **Exhibit J** relates to service of Uber's Notice of Potential Tag-Along Action.

12. Attached as **Exhibit K** is a true and correct copy from Kelly Twigger, counsel for Respondents, to Daniel Cummings, counsel for Uber, dated December 23, 2025. **Exhibit K** relates to service of Uber's Notice of Potential Tag-Along Action.

13. Attached as **Exhibit L** is a true and correct copy from Kelly Twigger, counsel for Respondents, to Daniel Cummings, counsel for Uber, dated December 23, 2025. **Exhibit L** relates to service of Uber's Notice of Potential Tag-Along Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 26, 2026.

*/s/ Daniel Cummings*
Daniel Cummings
