# EXHIBIT D

 **Outlook**

---

## Out of office Re: Uber MDL - Express Digital Services Subpoena - letter brief per PTO 8

**From** Kelly Twigger <ktwigger@esiattorneys.com>
**Date** Mon 2025-12-22 16:39
**To** Haider, Jay B. (SHB) <jhaider@shb.com>

**EXTERNAL**

Thank you for your message. Due to severe weather conditions and resulting power outages in Colorado, our office currently has limited or no access to email. We may not receive or be able to respond to messages until early next week.

Because of these outages, **we are not able to accept service of process or other formal service on behalf of any client via email at this time.** Any document sent by email during this outage period **will not be deemed received or accepted as service**, notwithstanding any prior authorization for electronic service.

You may leave a voice message, and I will respond once power and communications are fully restored.

Thank you for your understanding.

Kelly Twigger

--

**Kelly Twigger**
Principal
ESI Attorneys LLC

7203700435 | 7204859695

ktwigger@esiattorneys.com

www.esiattorneys.com

2945 Juilliard Street, Boulder, CO 80305



IMPORTANT: The contents of this email and any attachments are confidential and may be subject to attorney-client privilege. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately, take steps to delete the email from your systems and do not disclose the contents to anyone or make copies thereof.