# EXHIBIT E

| Attorney or Party without Attorney:<br>Daniel E. Rohner<br>SHOOK, HARDY & BACON L.L.P.<br>2121 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>　　Telephone No: 424-285-8330<br><br>　　　Attorney For: Plaintiff | Ref. No. or File No.:<br>UBER VS EXPRESS | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>for the District of Colorado ||  |
| Plaintiff: Uber Technologies, Inc.; ET AL<br>Defendant: Express Digital Services, LLC; ET AL ||  |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:25-mc-00121-NYW |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; *See Attachment for List of All Documents Served*

3. a. Party served:       Express Digital Services, LLC,
   b. Person served:     Kristopher Chang Paek, Clerk for Pack & Ship

4. Address where the party was served:    9878 West Belleview Avenue PMB 3038, Littleton, CO 80123

5. I served the party:
   a. **by substituted service.**    On: Tue, Jan 06 2026 at: 06:02 PM by leaving the copies with or in the presence of:
   　　　　　　　　　　　　Kristopher Chang Paek, Clerk for Pack & Ship

   (1)  [ ]   **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2)  [X]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3)  [X]  **(Declaration of Mailing)** is attached.
   (4)  [ ]   **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



PROOF OF
SERVICE

14909488
(17605581)
Page 1 of 2

| Attorney or Party without Attorney: Daniel E. Rohner<br>SHOOK, HARDY & BACON L.L.P.<br>2121 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>  Telephone No: 424-285-8330<br>  Attorney For: Plaintiff | | Ref. No. or File No.:<br>UBER VS EXPRESS | For Court Use Only |
|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>for the District of Colorado | | | |
| Plaintiff: Uber Technologies, Inc.; ET AL<br>Defendant: Express Digital Services, LLC; ET AL | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:25-mc-00121-NYW |

6. **Person Who Served Papers:**
   a. Brian Olds
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   d. **The Fee** for Service was: $616.05

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



01/07/2026
(Date)                    (Signature)



| Attorney or Party without Attorney:<br>Daniel E. Rohner<br>SHOOK, HARDY & BACON L.L.P.<br>2121 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>*Telephone No:* 424-285-8330<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>UBER VS EXPRESS | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT<br>for the District of Colorado | | |
| *Plaintiff:* Uber Technologies, Inc.; ET AL<br>*Defendant:* Express Digital Services, LLC; ET AL | | |

| **PROOF OF SERVICE**<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:25-mc-00121-NYW |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; *See Attachment for List of All Documents Served*

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Thu, Jan 8, 2026
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: Express Digital Services, LLC
       9878 West Belleview Avenue, PMB 3038 Littleton, CO 80123

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu, Jan 8, 2026 in the ordinary course of business.

5. **Person Serving:**
   a. THOMAS TILCOCK                              d. **The Fee** for Service was: $616.05
   b. FIRST LEGAL
       1517 W. Beverly Boulevard
       LOS ANGELES, CA 90026
   c. (213) 250-1111

6. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

01/07/2026
(Date)                                                              (Signature)



PROOF OF SERVICE                    14909488
BY MAIL                              (17605581)