# EXHIBIT F

ALERT: WINTER WEATHER IN THE NORTHERN PLAINS, GREAT LAKES, OHIO VALLEY, AND NO…

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701316023490

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to an agent at the front desk, reception, or mail room at 1:21 pm on January 12, 2026 in LITTLETON, CO 80123.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered to Agent

**Delivered to Agent, Front Desk/Reception/Mail Room**
LITTLETON, CO 80123
January 12, 2026, 1:21 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                    ⌄

USPS Tracking Plus®                     ⌄

Product Information                     ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs