# EXHIBIT H

| | |
|---|---|
| **From:** | Kelly Twigger |
| **To:** | Rohner, Dan (SHB) |
| **Subject:** | Uber v. Express Digital Services -- Civil Action No. 25-mc-00121-NYW |
| **Date:** | Friday, January 9, 2026 4:03:10 PM |

**EXTERNAL**

Hi Daniel,

I represent Respondents Express Digital Services, LLC and Shawn Graft D/B/A Express Digital Services in the above-captioned matter in which you are listed as counsel of record.

Respondents received materials that were delivered to a virtual post office box on December 23, 2025 and forwarded to my clients on January 9, 2026. Neither Express Digital Services, LLC nor any individual was personally served.

I am authorized to accept service on behalf of Express Digital Services, LLC, and Shawn Graft D/B/A Express Digital Services and do so effective today. For the avoidance of doubt, this acceptance is prospective only and does not concede that service was previously properly effected.

Respondents will respond within the applicable time period calculated from today's date under the Federal Rules of Civil Procedure. Respondents reserve all objections, including to service, jurisdiction, the propriety and scope of the requested relief, and Respondent's right to seek cost-shifting and other protections under Rule 45.

Please confirm your records reflect service as of today.

Thanks, and have a good weekend,

Kelly Twigger

**Kelly Twigger**
ESI Attorneys LLC

(720) 370-0435 | (720) 485-9695

ktwigger@esiattorneys.com

www.esiattorneys.com

2945 Juilliard Street, Boulder, CO 80305



This electronic mail transmission and any attachments are confidential and may be privileged. They should be read or retained only by the intended recipient. If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system.