# EXHIBIT I

| From: | UPS |
|---|---|
| To: | Cummings, Dan (SHB) |
| Subject: | UPS Delivery Notification, Tracking Number 1ZR9W9320192868805 |
| Date: | Wednesday, December 24, 2025 11:47:33 AM |

**EXTERNAL**



### Hello, your package has been delivered.

**Delivery Date:**   Wednesday, 12/24/2025

**Delivery Time:**   10:45 AM

**Signed by:**   PAEK

### SHOOK HARDY AND BACON

| Tracking Number: | 1ZR9W9320192868805 |
|---|---|
| Ship To: | EXPRESS DIGITAL SERVICES LLC<br>9878 W BELLEVIEW AVE.<br>PMB 3038<br>LITTLETON, CO 801232101<br>US |
| Number of Packages: | 1 |
| UPS Service: | UPS Next Day Air® |
| Package Weight: | 0.5 LBS |
| Reference Number: | 40940.416489 |

### Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

© 2025 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

**Review the UPS Privacy Notice**

**For Questions, Visit Our Help and Support Center**



| | |
|---|---|
| **From:** | UPS |
| **To:** | Cummings, Dan (SHB) |
| **Subject:** | UPS Delivery Notification, Tracking Number 1ZR9W9320197036392 |
| **Date:** | Wednesday, December 24, 2025 11:47:35 AM |

**EXTERNAL**



## Hello, your package has been delivered.

**Delivery Date:**    Wednesday, 12/24/2025

**Delivery Time:**    10:45 AM

**Signed by:**    PAEK

## SHOOK HARDY AND BACON

| | |
|---|---|
| **Tracking Number:** | 1ZR9W9320197036392 |
| **Ship To:** | EXPRESS DIGITAL SERVICES LLC<br>9878 W BELLEVIEW AVE.<br>PMB 3038<br>LITTLETON, CO 801232101<br>US |
| **Number of Packages:** | 1 |
| **UPS Service:** | UPS Next Day Air® |
| **Package Weight:** | 0.5 LBS |
| **Reference Number:** | 40940.416489 |

### Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

© 2025 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

**Review the UPS Privacy Notice**

**For Questions, Visit Our Help and Support Center**

