# EXHIBIT J

| | |
|---|---|
| **From:** | Cummings, Dan (SHB) |
| **To:** | ktwigger@esiattorneys.com |
| **Cc:** | Shortnacy, Michael (SHB); Wikler, Jeremy (SHB); Haider, Jay B. (SHB); Rohner, Dan (SHB) |
| **Subject:** | JPML No. 3084, Dkt. 166 - Service of Notice of Potential Tag-Along Action |
| **Date:** | Tuesday, December 23, 2025 2:40:56 PM |
| **Attachments:** | IN RE Uber Technologies Inc. Passenger Sexual Assault Litigation 2025-12-23 04.28.zip<br>image001.jpg |

Ms. Twigger,

Attached for service is a Notice of Potential Tag-Along Action, filed today with the U.S. Judicial Panel on Multidistrict Litigation, MDL No. 3084, Docket No. 166.

Best,
Dan Cummings

**Daniel E. Cummings**
*Partner*
Shook, Hardy & Bacon L.L.P.
office: 816-559-2779 | mobile: 816-379-9324 | x27579 | decummings@shb.com

