# EXHIBIT L

| | |
|---|---|
| **From:** | Kelly Twigger |
| **To:** | Cummings, Dan (SHB) |
| **Cc:** | Shortnacy, Michael (SHB); Wikler, Jeremy (SHB); Haider, Jay B. (SHB); Rohner, Dan (SHB) |
| **Subject:** | Re: JPML No. 3084, Dkt. 166 - Service of Notice of Potential Tag-Along Action |
| **Date:** | Tuesday, December 23, 2025 4:19:11 PM |

**EXTERNAL**

Dan, I am in receipt of your email and the attached Notice of Potential Tag-Along Action. As you know, filings with the Judicial Panel on Multi-district Litigation are not served under Rule 45 or Rule 5 by emailing counsel. As I told your colleagues earlier today (who are all copied on your email and this response), I am not authorized to accept service on behalf of my client at this time, and nothing in your correspondence constitutes proper service under the Federal Rules.

My office is now closed for the holiday period. I will be out beginning December 24 and returning January 2. My client remains abroad and unavailable until January 6. Any formal service must comply with the applicable rules and be directed to the proper entity; email does not suffice.

I will review the filing when I return and respond as appropriate.

Have a great holiday,

Kelly



**Kelly Twigger**
ESI Attorneys LLC

(720) 370-0435 | (720) 485-9695
ktwigger@esiattorneys.com
www.esiattorneys.com
2945 Juilliard Street, Boulder, CO 80305

This electronic mail transmission and any attachments are confidential and may be privileged. They should be read or retained only by the intended recipient. If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system.

On Dec 23, 2025, at 3:41 PM, Cummings, Dan (SHB) <decummings@shb.com> wrote:

Ms. Twigger,

Attached for service is a Notice of Potential Tag-Along Action, filed today with the U.S. Judicial Panel on Multidistrict Litigation, MDL No. 3084, Docket No. 166.

Best,
Dan Cummings

**Daniel E. Cummings**
*Partner*
Shook, Hardy & Bacon L.L.P.
office: 816-559-2779 | mobile: 816-379-9324 | x27579 | decummings@shb.com

<image001.jpg>

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.<IN RE Uber Technologies Inc. Passenger Sexual Assault Litigation 2025-12-23 04.28.zip>