BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER
SEXUAL ASSAULT LITIGATION

MDL No. 3084

NOTICE OF OPPOSITION (CTO-14)

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation plaintiff Winter McClain submits this opposition to Conditional Transfer Order No. 14 (CTO-14) as it relates to the following case.

McClain v. Uber Technologies, Inc., et al.
United States District Court for the Northern District of Illinois
Case No. 1:26-cv-00297

Dated this 29th day of January, 2026.

Sincerely,

/s/ *[signature]*

Verona Swanigan, ESQ

The Swanigan Firm

425 W. Capitol Ave., Suite 1533

Little Rock, AR 72201

Counsel for Winter McClain