**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE:** UBER TECHNOLOGIES, INC., PASSENGER
SEXUAL ASSAULT LITIGATION                                              MDL No. 3084

**PROOF OF SERVICE**

TO:   Sunny Rehsi, Sunny.Rehsi@bowmanandbrooke.com
      Vincent I. Gerage 6232 West Byron, Chicago, Illinois 60634

I, the undersigned attorney, certify that I electronically filed the **Notice of Opposition (CTO-14)** with the Clerk of the Court using the CM/ECF system on January 29, 2026. Pursuant to FED. R. CIV. P. 4.1(a), I have thereby electronically served all Filing Users with a copy of **Notice of Opposition (CTO-14)** related to the following, except Vincent I. Gerage was mailed the notice by First Class Mail by the United States Postal Service at 6232 West Byron, Chicago, Illinois 60634:

**McClain v. Uber Technologies, Inc., et al.
United States District Court for the Northern District of Illinois
Case No. I:26-cv-00297**

Respectfully submitted,

Verona Swanigan
The Swanigan Firm
425 W. Capitol Ave Ste 1533
Little Rock, AR 72201
866-603-5239
www.callthelawlady.com

Denise Brewer
The Brewer Law Group, LLC
4710 West Monroe
Chicago, Illinois 60644
773 988-1776
dbreweresq@aol.com

Attorneys for the Plaintiff, Winter McClain